UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. |
| ) | **CR 1 20 - 0 7 7** |
| v. ) | |
| ) | Driving while License Suspended or |
| ) | Revoked, O.C.G.A. § 40-5-121(a), |
| ) | Adopted Georgia State Law for Areas |
| ) | within Federal Jurisdiction under 18 |
| ROBERT JEFFREY LORD ) | U.S.C. § 7(3) & 13 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
*Driving while License Suspended or Revoked, O.C.G.A. § 40-5-121(a), Adopted Georgia State Law for Areas within Federal Jurisdiction*
18 U.S.C. § 7(3) & 13

On or about January 16, 2020, in the Southern District of Georgia, the defendant,

**ROBERT JEFFREY LORD**,

at Fort Gordon Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did drive a motor vehicle upon a public road within said Military Reservation while his privilege to drive was suspended in violation of O.C.G.A. § 40-5-121(a) Georgia State Law adopted under Title 18, United States Code, Sections 7(3) and (13).

All done in violation of Title 18, United States Code, Sections 7(3) and (13).

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Edwin Caban Jr.
Special Assistant United States Attorney
Puerto Rico Bar Number 18450
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4541
Email: edwin.caban@usdoj.govov